

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00905-CR

Cesar Daniel **RODRIGUEZ-CRUZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 527406
Honorable Scott Roberts, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and this cause is REMANDED to the trial court for a new trial.

SIGNED August 28, 2019.

_____
Liza A. Rodriguez, Justice